## VERIFICATION

Pursuant to 28 U.S.C. §1746, I Leslie Partem, M.D., hereby declare under penalty of perjury, that I am a plaintiff in this action, that I have read the foregoing Complaint, and that the facts set forth therein are true and correct to the best of my knowledge, information and belief.

                                           _Leslie M. Partem_
                                           LESLIE PARTEM, M.D.

Executed on this 11th day of May, 2006.