IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D. | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) NO. 06-2019 |
| NATIONAL BOARD OF MEDICAL | ) |
| EXAMINERS, et al. | ) |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE**

1. Defendants, National Board of Medical Examiners ("NBME") and Federation of State Medical Boards of the United States ("FSMB") and Plaintiff, Leslie M. Partem, M.D., stipulate that NBME and FSMB shall have until July 31, 2006, to answer, move or otherwise respond to the complaint.

2. No previous request for an extension to answer, plead or otherwise move has been granted.

| | |
|---|---|
| NH1402 | FF3651 |
| Neil J. Hamburg, Esquire | Frank Finch, III, Esquire |
| Craig D. Ginsburg, Esquire | Two Penn Center, Suite 950 |
| HAMBURG & GOLDEN, P.C. | 15th and J.F.K Boulevard |
| 1601 Market Street, Suite 3310 | Philadelphia, PA 19102 |
| Philadelphia, PA 19103-1443 | (215) 567-6996 |
| (215) 255-8590 | |
| | |
| Attorneys for Defendants | Attorney for Plaintiff |
| National Board of Medical Examiners | Leslie M. Partem, M.D. |
| and Federation of State Medical | |
| Boards of the United States | |

APPROVED THIS            DAY OF                          2006.

_____
The Honorable William H. Yohn, Jr.