UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 06-2019

AFFIDAVIT OF SERVICE

LESLIE M. PATEM, M.D.

vs.

NATIONAL BOARD OF MEDICAL
EXAMINERS, ET AL.
_____/

ss.

I, **JOHN D. SCANLON**, a competent adult, being duly sworn according to law, depose and say that at **4:00 PM** on **05/19/2006**, I served **MR. TOM CORBETT, ATTORNEY GENERAL, COMMONWEALTH OF PENNSYLVANIA, C/O O.J. SHELLENBERGER, CHIEF DEPUTY ATTORNEY GENERAL** at **OFFICE OF ATTORNEY GENERAL, CIVIL LAW DIV., EASTERN REGIONAL, PHILA., PA 19107** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s).
Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☑ **Agent or person in charge of Defendant's office or usual place of business.**

☐ _____ an officer of said Defendant's company.

☑ Other: **JOHN SHELLENBERGER, CHIEF DEPUTY ATTORNEY GENERAL**

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: **MALE** – Age: **55–60** – Skin: **WHITE** – Hair: **BALD/GREY** – Height: **5–10"** – Weight: **160**

Sworn to and subscribed before me on this ____ day of ____May____, 20_06_.

_____
NOTARY PUBLIC

NOTARIAL SEAL
MICHAEL B. GERSTEIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 28, 2009

X_____
JOHN D. SCANLON
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 1045
Philadelphia, PA   19103
(215) 567-7777
Atty File#:   – Our File# **13202**

Law Firm: **FRANK FINCH, III**
Address: **TWO PENN CENTER PLAZA, 15TH AND KENNEDY BLVD. SUITE 950, PHILADELPHIA, PA, 19102**
Telephone: **215-567-6996**