IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D. | CIVIL ACTION |
| v. | NO. 06-2019 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al. | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE**

1. Defendants, National Board of Medical Examiners ("NBME") and Federation of State Medical Boards of the United States ("FSMB") and Plaintiff, Leslie M. Partem, M.D., stipulate that NBME and FSMB shall have until July 31, 2006, to answer, move or otherwise respond to the complaint.

2. No previous request for an extension to answer, plead or otherwise move has been granted.

NH1402
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590

Attorneys for Defendants
National Board of Medical Examiners
and Federation of State Medical
Boards of the United States

FF3651
Frank Finch, III, Esquire
Two Penn Center, Suite 950
15th and J.F.K Boulevard
Philadelphia, PA 19102
(215) 567-6996

Attorney for Plaintiff
Leslie M. Partem, M.D.

APPROVED THIS 2 DAY OF June 2006.

The Honorable William H. Yohn, Jr.