AO 440 (Rev. 8/01) Summons in a Civil Action
(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

**FILED**
**JUN 0 2 2006**
**MICHAEL E. KUNZ, Clerk**
By_____Dep. Clerk

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): service upon Mr. Dale L. Austin, Sr. Vice President and Chief Operating Officer at the Federation of State Medical Boards via certified mail, return receipt requested (label # 7005 1820 0003 1510 6821) in accordance with Fed R. Civ. P4(h)(1) and Pa R.C.P. 404 (2) and 424.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/06
                Date            Signature of Server

Two Penn Center Plaza, Suite 950, Phila., PA 19102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.