⊗AO 440 (Rev. 8/01) Summons in a Civil Action

(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**FILED**

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 5-22-06 | |

JUN 0 2 2006

MICHAEL E. KUNZ, Clerk

By_____Dep. Clerk

| NAME OF SERVER (PRINT) | TITLE | |
|---|---|---|
| Richard Kreitzer | Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Coporate Service Accepted By

Karen Holler Legal Dept

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-22-06___        _Richd Kreizer_
          Date              *Signature of Server*

                _HBS Eq._
          *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.