
## **TABLE OF CONTENTS**

Page

I. INTRODUCTION………………………………………………………..1

II. STANDARDS FOR ISSUANCE OF A PRELIMINARY INJUNCTION……2

III. THE RELIEF SOUGHT BY THIS MOTION………………………………2

IV. PLAINTIFF CAN SHOW IRREPARABLE HARM…………………………4

V. PLAINTIFF IS LIKELY TO PREVAIL ON THE MERITS…………………...5

    A. Summary of Argument…………………………………………………..5

    B. Argument……………………………………………………………...7

        1. Dr. Partem has met the licensure requirements of state law……..7

        2. Dr. Partem should not be deprived of her statutory entitlement to licensure without a hearing before the State Board…………...11

        3. The possible harm to Dr. Partem if injunctive relief is denied outweighs the potential harm to defendants if such relief is granted……………………………………………………13

        4. The granting of a preliminary injunction is in the public interest....………………………………………………………..14

        5. The NBME and the FSMB are state actors for purposes of §1983……………………………………………………....14

VI. CONCLUSION…………………………………………………………..20