IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LESLIE M. PARTEM, M.D.          )
                                )       CIVIL ACTION
            v.                  )
                                )       NO. 06-2019
NATIONAL BOARD OF MEDICAL       )
EXAMINERS, et al.               )

**ENTRY OF APPEARANCE**

Please enter my appearance as co-counsel for Defendants,

National Board of Medical Examiners and Federation of State

Medical Boards of the United States, Inc.


/s/ Craig D. Ginsburg
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590

Attorneys for Defendants
National Board of Medical
Examiners and Federation of State
Medical Boards of the United
States

**CERTIFICATE OF SERVICE**

I, Craig D. Ginsburg, certify that on June 7, 2006, the foregoing Entry of Appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that a copy of the entry of appearance was served by regular mail upon the following:

Frank Finch, III
Two Penn Center Plaza
Suite 950
15th & John F. Kennedy Boulevard
Philadelphia, PA  19102

Beth Ann Smith
Senior Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

/s/ Craig D. Ginsburg
CRAIG D. GINSBURG