IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LESLIE M. PARTEM, M.D.,   :   CIVIL ACTION
         Plaintiff   :
         v.   :
NATIONAL BOARD OF MEDICAL
EXAMINERS, et al.,   :
         Defendants   :   No. 06-2019

## STIPULATION FOR ENLARGEMENT OF TIME

Plaintiff Leslie M. Partem, M.D. and defendant Commonwealth of Pennsylvania Bureau of Professional and Occupational Affairs State Board of Medicine ("State Board of Medicine") hereby stipulate and agree that the State Board of Medicine may file its response to Partem's amended complaint contemporaneously with the response of the individual members of the State Board, recently named as additional defendants in this case.

_____
Frank Finch, III, Esquire
Two Penn Center Plaza
15th and Kennedy Boulevard
Suite 950
Philadelphia, PA 19102

*Attorney for Plaintiff*

_____
Beth Anne Smith
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

*Attorney for Defendant State Board of Medicine*

Dated: June 16, 2006

APPROVED BY THE COURT:

_____
William H. Yohn, Jr., Judge
6/28/06