IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM M.D. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, ET AL. | : NO. 06-2019 |

O R D E R

**AND NOW**, this 6th day of July, 2006, after telephone conference on June 28, 2006 and chambers conference on July 5, 2006, by agreement of counsel, **IT IS HEREBY ORDERED** that an evidentiary hearing on plaintiff's motion for a preliminary injunction is **SCHEDULED** for **August 2, 2006 at 9:30 a.m. in Courtroom 14-B**.

                                                                 s/William H. Yohn Jr.
                                                                 William H. Yohn Jr., Judge