IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D. ) | |
| ) | CIVIL ACTION |
| v.   ) | |
| ) | NO. 06-2019 |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, et al.   ) | |

**STIPULATION FOR ENLARGEMENT OF TIME**

Defendants, National Board of Medical Examiners ("NBME") and Federation of State Medical Boards of the United States ("FSMB") and Plaintiff, Leslie M. Partem, M.D., stipulate that NBME and FSMB can file their responses to the Amended Complaint contemporaneously with the responses of the officers of NBME and FSMB who have been named as defendants. Those officers are Dr. Donald E. Melnick of NBME and Dale L. Austin of FSMB.

| | |
|---|---|
| NH1402 | FF3651 |
| Neil J. Hamburg, Esquire | Frank Finch, III, Esquire |
| Craig D. Ginsburg, Esquire | Two Penn Center, Suite 950 |
| HAMBURG & GOLDEN, P.C. | 15th and J.F.K Boulevard |
| 1601 Market Street, Suite 3310 | Philadelphia, PA 19102 |
| Philadelphia, PA  19103-1443 | (215) 567-6996 |
| (215) 255-8590 | |
| | |
| Attorneys for Defendants | Attorney for Plaintiff |
| National Board of Medical Examiners | Leslie M. Partem, M.D. |
| and Federation of State Medical | |
| Boards of the United States | |

APPROVED THIS           DAY OF                                 2006.

_____
The Honorable William H. Yohn, Jr.