


## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date _6/30/06_ |
| Name of Server _Russell R. Marks_ | Title _Process Server_ |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_Amber Britton (Legal Dept)_

☐ Other (specify) _____

**FILED**

JUL 1 0 2006

MICHAEL E. KUNZ, Clerk
By ___PAR___ Dep. Clerk

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _6/30/06_
Date

Signature of Server

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.