06-2019

21

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date 7-5-06 |
|---|---|
| Name of Server: Richard Kreitzer | Title: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Other (specify) _____ Corporate Service _____

**FILED**
JUL 14 2006
MICHAELE KUNZ, Clerk
____ Dep. Clerk

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-5-06___            ___Rich Kreitzer___
              Date                     Signature of Server

                                      ___1435 R___
                                      Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.