**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LESLIE M. PARTEM, M.D.,     Plaintiff, | : : : | CIVIL ACTION |
| vs. | : : | NO. 06-cv-2019 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL.,     Defendants. | : : : | JURY TRIAL DEMANDED |

**PETITION OF FRANK FINCH, III, ESQUIRE**
**FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF OF PLAINTIFF**

Frank Finch, III, Esquire, attorney of record for Plaintiff Leslie M. Partem, M.D., hereby petitions this Honorable Court for an Order granting him leave to withdraw his appearance on behalf of Plaintiff, and in support hereof represents the following:

1. The undersigned has been Plaintiff's attorney of record from the date this action was commenced.

2. Plaintiff and the undersigned disagree as to the appropriate next steps in and/or disposition of this litigation.

3. Plaintiff and the undersigned also disagree concerning whether it is appropriate to send to the Court certain correspondence authored by the Plaintiff.

4. Additional detail concerning the impasse between Plaintiff and the undersigned are contained in a letter to the Honorable William H. Yohn, Jr. dated July 24, 2006.

5. For the foregoing reasons, the undersigned believes that he can no longer adequately represent the interests of the Plaintiff in this litigation.

WHEREFORE, Frank Finch, III, Esquire respectfully petitions this Honorable Court for the entry of an Order granting him leave to withdraw his appearance on Plaintiff's behalf.

                                                  Respectfully submitted,

                                                  ___FF3651_____
                                                    FRANK FINCH, III
                                                    Attorney for Plaintiff

Two Penn Center, Suite 950  
15th & Kennedy Boulevard  
Philadelphia, PA 19102  
Tel.: (215) 567-6996  
Fax:  (215) 567-1998  

Date: July 25, 2006

## **VERIFICATION**

Pursuant to 28 U.S.C. §1746, I hereby verify under penalty of perjury that the facts set forth in the foregoing Petition for Leave to Withdraw Appearance on Behalf of Plaintiff are true and correct to the best of his knowledge, information and belief.

                                                                                                      FF3651  
                                                                                                      FRANK FINCH, III

Date: July 25, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE M. PARTEM, M.D., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 06-cv-2019 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### **O R D E R**

AND NOW, this          day of                    , 2006, upon consideration of the Petition of Frank Finch, III, Esquire for leave to withdraw his appearance on behalf of Plaintiff, Leslie M. Partem, M.D., based upon the representations made in that petition as well as a letter from Mr. Finch to the Court dated July 24, 2006, it is hereby **ORDERED** that said petition is **GRANTED**. Mr. Finch may file a Withdrawal of Appearance on behalf of Plaintiff.

BY THE COURT:

_____
William H. Yohn, Jr.,    J.

**CERTIFICATE OF SERVICE**

I, Frank Finch, III, Esquire, do hereby certify that a true and correct copy of the foregoing Petition of Frank Finch, III, Esquire for Leave to Withdraw Appearance on Behalf of Plaintiff was served upon the defendants and/or attorneys for the defendants at the addresses listed below via Hand Delivery, this 25th day of July, 2006:

Neil J. Hamburg, Esquire
HAMBURG & GOLDEN, PC
1601 Market Street
Suite 3310
Philadelphia, PA 19103-1443
Attorney for Defendants NBME and FSMB


Beth Ann Smith, Esquire
Senior Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
Civil Law Div., Eastern Regional Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Attorney for Defendant
Commonwealth of Pennsylvania
Bureau of Professional and Occupational Affairs
State Board of Medicine

                                                FF3651
                                                FRANK FINCH, III
                                                Attorney for Plaintiff

Dated: July 25, 2006