IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE M. PARTEM, M.D., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 06-cv-2019 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |



## ORDER

AND NOW, this 2 day of August, 2006, upon consideration of the Petition of Frank Finch, III, Esquire for leave to withdraw his appearance on behalf of Plaintiff, Leslie M. Partem, M.D., based upon the representations made in that petition as well as a letter from Mr. Finch to the Court dated July 24, 2006, it is hereby **ORDERED** that said petition is **GRANTED**. Mr. Finch may file a Withdrawal of Appearance on behalf of Plaintiff.

BY THE COURT:

William H. Yohn, Jr., J.