IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE M. PARTEM, M.D., | : | CIVIL ACTION |
|           Plaintiff, | : | |
| | : | |
| vs. | : | NO. 06-cv-2019 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| ET AL., | : | JURY TRIAL DEMANDED |
|           Defendants. | : | |

**WITHDRAWAL OF APPEARANCE OF FRANK FINCH, III, ESQUIRE
AS ATTORNEY FOR PLAINTIFF**

TO THE CLERK:

Pursuant to leave of Court granted by Judge Yohn on August 2, 2006, kindly withdraw my appearance on behalf of the Plaintiff, Leslie M. Partem, M.D., in the above-captioned action.

Until further notice, all future communications are to be sent to the Plaintiff as follows:

> Leslie M. Partem, M.D.
> 23 Park Avenue, 2nd Floor
> Rockledge, PA 19046
>
> Telephone: (215) 663-0508

                                                FF3651
                                        FRANK FINCH, III

Date:  August 2, 2006

## CERTIFICATE OF SERVICE

I, Frank Finch, III, Esquire, do hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance of Frank Finch, III, Esquire as attorney for Plaintiff was served upon the defendants and/or attorneys for the defendants at the addresses listed below via Hand Delivery, unless otherwise indicated, this 2nd day of August, 2006:

Honorable William H. Yohn, Jr.
U.S. District Court
Eastern District of Pennsylvania
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Neil J. Hamburg, Esquire
HAMBURG & GOLDEN, PC
1601 Market Street
Suite 3310
Philadelphia, PA 19103-1443
Attorney for Defendants NBME and FSMB

Beth Ann Smith, Esquire
Senior Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
Civil Law Div., Eastern Regional Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Attorney for Defendant
Commonwealth of Pennsylvania
Bureau of Professional and Occupational Affairs
State Board of Medicine

Leslie M. Partem, M.D.
23 Park Avenue, 2nd Floor
Rockledge, PA 19046
(via First Class mail)

FF3651
FRANK FINCH, III
Attorney for Plaintiff

Dated: August 2, 2006