IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM M.D. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, ET AL. | : NO. 06-2019 |

O R D E R

**AND NOW**, this 2nd day of August, 2006, counsel for the plaintiff having been granted leave to withdraw his appearance with the consent of the plaintiff, **IT IS HEREBY ORDERED** that:

1. The hearing on plaintiff's request for a preliminary injunction is continued indefinitely pending the entry of appearance of new counsel for the plaintiff or her advising the court that she desires to proceed with the hearing pro se.

2. Plaintiff having filed an amended complaint, the Commonwealth defendants' motion to dismiss the complaint (Document No. 9) is **DISMISSED** as moot and replaced by the Commonwealth defendants' motion to dismiss the amended complaint.

3. Due to a lack of counsel, plaintiff is granted leave to file a response to the motions to dismiss plaintiff's amended complaint (Documents No. 23 and 25) on or before **September 2, 2006**.

**IT IS FURTHER ORDERED** that the clerk shall forward a copy of this order to the plaintiff at her address listed in the amended complaint.

                                s/William H. Yohn Jr.
                                William H. Yohn Jr., Judge