IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM M.D. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, ET AL. | : NO. 06-2019 |

O R D E R

**AND NOW**, this 6th day of September, 2006, upon consideration of the request of plaintiff, who is currently pro se, **IT IS HEREBY ORDERED** that plaintiff is granted an extension of time to find a new attorney until October 6, 2006.

**IT IS FURTHER ORDERED** that plaintiff may file a response to the motions to dismiss plaintiff's amended complaint (Documents No. 23 and 25) on or before October 20, 2006. No further extensions will be granted absent extenuating circumstances.

**IT IS FURTHER ORDERED** that the clerk shall forward a copy of this order to the plaintiff at her address listed in the amended complaint.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge