IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM M.D. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL. | : |
| | : NO.  06-2019 |

O R D E R

**AND NOW**, this 6th day of October, 2006, upon consideration of plaintiff's request to extend times, **IT IS HEREBY ORDERED** that the request is **GRANTED** and plaintiff is given an extension of time to find a new attorney until November 30, 2006.  Plaintiff may file a response to the motions to dismiss the amended complaint on or before December 20, 2006.  No further extensions will be granted.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge