## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:06cv02019WY |
| v. ) | |
| ) | Hon. Wiliam H. Yohn, Jr. |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Womble Carlyle Sandridge & Rice, PLLC hereby enters its appearance as counsel for plaintiff Leslie M. Partem, M.D.

/s/ Oleh V. Bilynsky
George Pazuniak
Oleh V. Bilynsky (Pa. Bar #74283)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320

*Attorneys for Leslie M. Partem, M.D.*

Dated:  November 30, 2006

3488275v1

## CERTIFICATE OF SERVICE

I, Oleh V. Bilynsky, hereby certify that on November 30, 2006, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA E-MAIL & REGULAR MAIL**
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA  19103-1443

**VIA E-MAIL & REGULAR MAIL**
Beth Anne Smith, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-2130

                                              /s/ Oleh V. Bilynsky
                                        Oleh V. Bilynsky (I.D. No. 74283)