IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, et al., <br><br> Defendants. | Case No. 2:06cv02019WY <br><br> Hon. Wiliam H. Yohn, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Oleh V. Bilynsky, a member of good standing in the bar of this Court and attorney of record for Plaintiff, Leslie M. Partem, M.D., hereby moves this Court for the admission *pro hac vice* of George Pazuniak. In support of this motion, the following is averred:

1. George Pazuniak is a partner in the firm of Womble Carlyle Sandridge & Rice, PLLC, located at 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, telephone number (302) 252-4320, facsimile number (302) 252-4330. Mr. Pazuniak is duly licensed to practice law in the State of Delaware and has been a member in good standing of the bar of the Supreme Court of Delaware since 1976. Mr. Pazuniak is admitted to practice before the United States District Court for the District of Delaware; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Eighth Circuit; United States Court of Appeals for the Federal Circuit and the United States Supreme Court. Mr. Pazuniak has never been disbarred or suspended and has no actions pending against him.

2. Mr. Pazuniak understands that he will be subject to the disciplinary rules of this Court in connection with his *pro hac vice* representation in this case, if this motion is granted.

WHEREFORE, Oleh V. Bilynsky respectfully requests that this Court grant the motion to admit George Pazuniak *pro hac vice* to participate as co-counsel for plaintiff, Leslie M. Partem, M.D. in the above-captioned litigation.

          WOMBLE CARLYLE SANDRIDGE
          &amp; RICE, PLLC

          */s/ Oleh V. Bilynsky*
          Oleh V. Bilynsky (I.D. No. 74283)
          222 Delaware Avenue
          Suite 1501
         Wilmington, DE  19801
         (302) 252-4320

          *Attorneys for Leslie M. Partem, M.D.*

Dated:  December 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:06cv02019WY |
| v. ) | |
| ) | Hon. Wiliam H. Yohn, Jr. |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of George Pazuniak is GRANTED.

_____
United States District Judge

Dated: December _____, 2006

## CERTIFICATE OF SERVICE

I, Oleh V. Bilynsky, hereby certify that on December 4, 2006, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA FIRST CLASS MAIL**
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA  19103-1443

**VIA FIRST CLASS MAIL**
Beth Anne Smith, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-2130

/s/ Oleh V. Bilynsky
Oleh V. Bilynsky (I.D. No. 74283)

WCSR 3490508v1