IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06cv02019WY |
| | ) Hon. Wiliam H. Yohn, Jr. |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | ) |
| Defendants. | ) |

**FILED**
DEC 0 5 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of George Pazuniak is GRANTED upon payment of the filing fee.

_____
United States District Judge

Dated: December __4__, 2006