IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM M.D. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : |
| EXAMINERS, ET AL. | : NO. 06-2019 |

O R D E R

**AND NOW**, this 12th day of December, 2006, after telephone conference with counsel, **IT IS HEREBY ORDERED** that:

1. By agreement of counsel, plaintiff's motion for preliminary injunction (Document No. 8) is **DISMISSED** as moot.

2. Defendants' motion to depose Dr. Partem and for extension of time to complete discovery (Document No. 32) is **GRANTED** by agreement of counsel.

3. In view of the fact that plaintiff has now passed Step 3 of the United States Medical Licensing Examination, plaintiff's counsel is directed to contact defense counsel to arrange for a conference within ten days of the date hereof to consider whether an amicable resolution of any of plaintiff's remaining claims can be achieved.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge