IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:06-cv-02019 ) |
| | ) ASSIGNED TO: |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | ) Hon. William H. Yohn, J. ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER REGARDING EXTENSION OF TIME

Subject to the approval of the Court, plaintiff, Leslie M. Partem, M.D., and defendants, by their undersigned attorneys, hereby stipulate and agree as follows:

1. Plaintiff shall have an additional nine days, until December 29, 2006, to file a response to defendants' pending Motions to Dismiss (D.I. 23 and 25).

2. All named defendants shall have an additional 14 days, until January 19, 2007, to move for summary judgment.

3. Other than these deadline changes, the Court's existing case management orders shall remain in effect.

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

/s/ George Pazuniak
George Pazuniak (pro hac vice)
Oleh V. Bilynsky (I.D. No. 74283)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320

*Attorneys for Leslie M. Partem, M.D.*

Dated: December 19, 2006

HAMBURG & GOLDEN, P.C.

/s/ CDG3901
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
1601 Market Street
Suite 3310
Philadelphia, PA 19103-1443

*Attorneys for National Board of Medical Examiners, Federation of State Medical Boards of the United States, Inc., Dale L. Austin and Dr. Donald E. Melnick*

/s/ Beth Anne Smith
Beth Anne Smith, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-2130

*Attorney for Commonwealth of Pennsylvania Bureau of Professional and Occupational Affairs State Board of Medicine, Charles D. Hummer, Jr., Radheshyam M. Agrawal, M.D., Ollice Bates, Jr., M.D., James W. Freeman, M.D., Bette A. Grey, B.A., Rabbi Solomon Isaacson, Calvin B. Johnson, M.D., Annette S. McDaniel-Turner, M.D., Kishor S. Mehta and Carol E. Rose, M.D.*

SO ORDERED this 20 day of December, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Craig D. Ginsburg, hereby certify that on December 19, 2006, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA FIRST CLASS MAIL**
George Pazuniak, Esquire
Oleh V. Bilynsky, Esquire
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**
Beth Anne Smith, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-2130

CDG3901
Craig D. Ginsburg

WCSR 3502625v1