IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE M. PARTEM, M.D., ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL BOARD OF MEDICAL ) <br> EXAMINERS, et al., ) <br> ) <br>      Defendants. ) | Case No. 2:06cv02019WY <br><br> Hon. William H. Yohn, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties who have appeared in this action, through counsel, hereby stipulate to the dismissal of this action, with prejudice. It is further stipulated and agreed that each side shall bear its own costs and attorney's fees.

Stipulated and agreed to this 29th day of December, 2006.

                                                      WOMBLE CARLYLE SANDRIDGE
                                                            & RICE, PLLC

                                                    */s/ George Pazuniak*
                                                    George Pazuniak (pro hac vice)
                                                    Oleh V. Bilynsky (I.D. No. 74283)
                                                    222 Delaware Avenue
                                                    Suite 1501
                                                    Wilmington, DE  19801
                                                    (302) 252-4320

                                                    *Attorneys for Leslie M. Partem, M.D.*

                        HAMBURG & GOLDEN, P.C.

                        /s/ Neil J. Hamburg
                        Neil J. Hamburg, Esquire
                        Craig D. Ginsburg, Esquire
                        1601 Market Street
                        Suite 3310
                        Philadelphia, PA  19103-1443

*Attorneys for National Board of Medical Examiners, Federation of State Medical Boards of the United States, Inc., Dale L. Austin and Dr. Donald E. Melnick*


                        /s/ Beth Anne Smith
                        Beth Anne Smith, Esquire
                        Office of Attorney General
                        21 S. 12th Street, 3rd Floor
                        Philadelphia, PA 19107-2130

*Attorney for Commonwealth of Pennsylvania Bureau of Professional and Occupational Affairs State Board of Medicine, Charles D. Hummer, Jr., Radheshyam M. Agrawal, M.D., Ollice Bates, Jr., M.D., James W. Freeman, M.D., Bette A. Grey, B.A., Rabbi Solomon Isaacson, Calvin B. Johnson, M.D., Annette S. McDaniel-Turner, M.D., Kishor S. Mehta and Carol E. Rose, M.D.*

## CERTIFICATE OF SERVICE

I, Oleh V. Bilynsky, hereby certify that on December 29, 2006, a true and correct copy of the foregoing document was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA FIRST CLASS MAIL**
Neil J. Hamburg, Esquire
Craig D. Ginsburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA  19103-1443

**VIA FIRST CLASS MAIL**
Beth Anne Smith, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-2130

/s/ Oleh V. Bilynsky
Oleh V. Bilynsky (I.D. No. 74283)

WCSR 3510240v1